**E. E. WEST ESTATE, INC., a corporation, et al., v. COLUMBIA CASUALTY COMPANY, a corporation.**

14 So. (2nd) 723                                    June Term, 1943
July 20, 1943                                              En Banc

*Fred S. Rizk,* for petitioner.

*J. T. G. Crawford* and *Crawford & May,* for respondents.

PER CURIAM:

Petition for writ of certiorari denied.

BUFORD, C. J., TERRELL, BROWN, CHAPMAN and SEBRING, JJ., concur.

THOMAS and ADAMS, JJ., dissent.